IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 3:01CV155 |
| | ) | (Financial Litigation Unit) |
| ERINN M. GRINSTEAD, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| SELECT HOTELS GROUP, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Erinn M. Grinstead is DISMISSED.

Signed: October 17, 2007

Graham C. Mullen
United States District Judge